

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00476-CR

Michael **LOPEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1981
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On July 1, 2014, Appellant filed an "Out of Time Notice of Appeal," stating that he intends to appeal his conviction. According to appellant's notice of appeal, his sentence was imposed on November 4, 2012. Because the notice of appeal in this case appears to not have been timely filed, we lack jurisdiction to entertain the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (holding that if appeal is not timely perfected, court of appeals does not obtain jurisdiction to address merits of appeal, and court may take no action other than to dismiss appeal; court may not suspend rules to alter time for perfecting appeal); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (explaining that writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions). We, therefore, ORDER appellant to show cause on or before **August 1, 2014** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court